**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WILLIAM MCGINNIS; ROSE MARIE MCGINNIS; OMNIA GROUP ARCHITECTS, LLC; HOWARD LYNCH PLASTERING, INC.; AND ANTONIO COLETTA, LLC, | : No. 384 MAL 2022 <br> : <br> : <br> : Petition for Allowance of Appeal <br> : from the Order of the Superior Court |
| Respondents | : |
| v. | : |
| W.B. HOMES, INC., W.B. HOMES DEVELOPMENT CO., INC.; PENN GWYN, LP; THORNBY DEVELOPMENT CORP. AND WILLIAM BONENBERGER, | : <br> : <br> : <br> : |
| Petitioners | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 3rd day of January, 2023, the Application to Expedite, the Application for Leave to Amend, and the Petition for Allowance of Appeal are **DENIED**.